# Exhibit 2



Federal Bureau of Investigation
Attn: FOI/PA Request
Record/Information Dissemination Section
170 Marcel Drive
Winchester, VA 22602-4843
foipaquestions@ic.fbi.gov.


November 10, 2017

Via U.S. mail and email

**Re: Freedom of Information Act Request**

To Whom It May Concern:

    This is a request under the Freedom of Information Act.  I am a reporter with The Center for Investigative Reporting (henceforth "CIR") and am seeking agency documents involving the incident of June 2, 1965 in which two Washington Parish Sheriff's Office deputies were ambushed (also known as the "Cold Case").

**Background**:

    On June 2, 1965, in Varnado, Louisiana, armed Klansmen riding in a pickup truck ambushed two Washington Parish Sheriff's Office deputies traveling together in a patrol unit.  The two African-American law enforcement officers were the first African Americans hired as deputies in the parish.  Deputy Creed Rogers survived the attack, but Oneal Moore, the driver of the patrol unit, was killed.  No one was ever convicted.

    The FBI investigated the case from 1965-67, 1989-1991, 1992-96, and on and off from 2001 until March 2016 when the Chief of the Criminal Section of the Civil Rights Division of the U.S. Department of Justice requested that the case be closed.

    A few years ago, prior to the case being closed in March 2016, the Louisiana State University Manship School of Mass Communications Cold Case Project obtained copies of the case file (44A-NO-49207) from the FBI.   That file is heavily redacted.

1400 65th, Suite 200  Emeryville, CA 94608
PHONE  510 809 3160                    TWITTER  @reveal
WEB  revealnews.org

**Documents Requested**:

- Any records involving the FBI's investigation of the above referenced case from 1965 until March 2016 when the case was closed.
- Unredacted version of the documents released to the Louisiana State University Manship School of Mass Communications.

**Fee Waiver and Fee Benefit**:

CIR is the nation's oldest nonprofit news organization. As a member of the news media, I am seeking this information for dissemination to the general public as part of an effort to examine the investigations around this historical case. As such, I am requesting a fee waiver of search and review fees as a member of the news media. 5 U.S.C. § 552(a)(4)(A)(iii). This request is made in the public interest and not for commercial use. If possible, I would prefer the documents in electronic format. Please notify me before incurring any photocopying costs over $100. I also request that this request be expedited.

Please furnish all responsive records in electronic, searchable format delivered to my email address rdeleon@revealnews.org. If that's not possible, please send records on a CD-rom or paper format to the following address: Rachel DeLeon, 1400 65th St., Suite 200, Emeryville, CA 94608.

Lastly, please be aware that under 5 U.S.C. § 552(a)(6)(A), a FOIA request is considered constructively denied after twenty business days and is subject to litigation on that basis. If my request is denied in whole or part, I ask that you justify all deletions by reference to specific exemptions of the act. As the law requires, I will also expect you to release all segregable portions of otherwise exempt material.

I certify that the above information is true and correct to the best of my knowledge. If you have any questions, do not hesitate to contact me at rdeleon@revealnews.org.

Thank you for your prompt attention to this request.

Sincerely,

Rachel DeLeon

1400 65th, Suite 200  Emeryville, CA 94608
PHONE 510 809 3160                                TWITTER @CIRonline
                    WEB cironline.org