1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2  SARA WINSLOW (DCBN 457643)
   Chief, Civil Division
3  GIOCONDA R. MOLINARI (CABN 177726)
   Assistant United States Attorney
4
5      450 Golden Gate Avenue, Box 36055
       San Francisco, California  94102-3495
       Telephone: (415) 436-7220
6      FAX: (415) 436-6748
       Gioconda.Molinari@usdoj.gov
7
8  Attorneys for the Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| THE CENTER FOR INVESTIGATIVE REPORTING, | ) No. 3:18-cv-01459 JSC |
|---|---|
| Plaintiff, | ) **STIPULATION RE: CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER.** |
| v. | ) |
| UNITED STATES DEPARTMENT OF JUSTICE, | ) |
| Defendant. | ) |

Pursuant to Civil Local Rule and 7-12, and subject to this Court's approval, the parties to this action through their undersigned counsel stipulate and request that the Court take off calendar the case management conference ("CMC") currently set for August 27, 2020 (ECF 46), and to be permitted to file a joint status report by March 5, 2021.  As provided below, the parties make this request so that they may continue working toward further narrowing the request plaintiff filed under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, as amended.

   1.   Plaintiff brought this FOIA action on March 6, 2018.  (ECF 1.)  Plaintiff's FOIA request ("Request") seeks (1) records involving an FBI investigation of a June 2, 1965 shooting, from 1965 until the investigation was closed; and (2) unredacted documents previously released to the Louisiana State University Manship School of Mass Communications, pursuant to a different FOIA request.  Defendant

1

1  has been processing 500 pages monthly pursuant to the Request, and releasing to plaintiff all non-FOIA
2  exempted material. As the parties have previously reported to the Court, the potentially responsive
3  material is voluminous, and therefore it may take years to be processed and released. To date, defendant
4  has released to plaintiff more than 10,500 pages and material.

5      2.  The parties have been engaged in an ongoing meet and confer process to streamline the
6  voluminous records, and have made significant progress. As a result, plaintiff has eliminated several
7  categories of material and prioritized the release of others. Nevertheless, approximately 11, 872 pages
8  remain to be processed for release. Therefore, since defendant is processing 500 pages monthly, it would
9  take approximately one year and nine months to process those pages.

10      3.  The ongoing meet and confer process between the parties has enabled defendant to process
11  only the material that plaintiff is interested in obtaining. Ultimately, plaintiff could dismiss the case
12  without further litigation.

13      4.  Mindful of the voluminous records that remain to be processed, plaintiff would like
14  additional time to review the releases that will be made in the upcoming months in order to explore
15  additional ways to further narrow its Request. The parties will need additional time to meet and confer
16  about the potential reductions and to apprise the Court accordingly.

17      5.  Therefore the parties respectfully request that the CMC currently set for August 27, 2020
18  (ECF 46) be taken off calendar, and that they be permitted to file a joint status report on or before March
19  3, 2021.

20      IT IS SO STIPULATED.

DAVID L. ANDERSON
United States Attorney

Dated: August 19, 2020   By: _____/s/_____
GIOCONDA R. MOLINARI
Assistant United States Attorney


D. VICTORIA BARANETSKY
The Center for Investigative Reporting

Dated: August 19, 2020   By: _____/s/_____
Attorney for Plaintiff

*In compliance with Civil Local Rule 5-1(i), the filer of this document attests that all signatories listed have concurred in the filing of this document.*

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED THAT:

1. The Case Management Conference scheduled for August 27, 2020 is taken off calendar, and
2. The parties shall file a Joint Status Report on or before March 3, 2021.

IT IS SO ORDERED.

DATED:  August 24, 2020

JACQUELINE SCOTT CORLEY
United States Magistrate Judge