```
STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
GIOCONDA R. MOLINARI (CABN 177726)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7220
    FAX: (415) 436-6748
    Gioconda.Molinari@usdoj.gov
```

Attorneys for the Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>Defendant. | No. 3:18-cv-01459 JSC<br><br>**STIPULATION & JOINT STATUS REPORT;** [PROPOSED] **ORDER** |

Pursuant to Civil Local Rule and 7-12, and subject to this Court's approval, the parties to this action through their undersigned counsel stipulate and request to be permitted to file a further Joint Status Report on or before February 7, 2022, in order to appraise the court of the progress made in the case. As provided below, the parties make this request so that government may continue producing the records requested under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, as amended, and continue working toward further narrowing the FOIA request as plaintiff reviews the productions.

1.  Plaintiff brought this FOIA action on March 6, 2018. (ECF 1.) Plaintiff's FOIA request ("Request") seeks (1) records involving an FBI investigation of a June 2, 1965 shooting, from 1965 until the investigation was closed; and (2) unredacted documents previously released to the Louisiana State

University Manship School of Mass Communications, pursuant to a different FOIA request. Defendant has been processing 500 pages monthly and releasing all non-FOIA exempted material.

As the parties have previously reported to the Court, the potentially responsive material is voluminous, and therefore it may take years to be processed and released. To date, defendant has released to plaintiff more than 17,000 pages and other material.

2. Through the meet and confer process the parties have streamlined the voluminous records and material subject to the Request in order to provide plaintiff only material that it is interested in obtaining. For example, plaintiff has eliminated several categories of material and prioritized the release of others. Nevertheless, approximately 31,319 pages remain to be processed. Since defendant is processing and releasing 500 pages monthly, it will take years to complete processing of all the documents.

3. Mindful of the voluminous records that remain to be processed, plaintiff would like additional time to meet and confer with defendant to possibly eliminate additional categories of documents and explore additional ways to further narrow the FOIA Request, if feasible, as the productions are reviewed. Therefore, the parties respectfully request that they be permitted to file a further joint status report in six months, on or before February 7, 2022.

IT IS SO STIPULATED.

                                        STEPHANIE M. HINDS  
                                        Acting United States Attorney

Dated: August 6, 2021                     By: _____/s/_____  
                                        GIOCONDA R. MOLINARI  
                                        Assistant United States Attorney

                                        D. VICTORIA BARANETSKY  
                                        The Center for Investigative Reporting

Dated: August 6, 2021                     By: _____/s/_____  
                                        Attorney for Plaintiff

*In compliance with Civil Local Rule 5-1(i), the filer of this document attests that all signatories listed have concurred in the filing of this document.*

//

//

Stipulation & Status Report  
No. 3:18-cv-01459 JSC

2

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED THAT:

1. The parties shall file a Joint Status Report on or before February 7, 2022.

IT IS SO ORDERED.

DATED: Aug. 10, 2021

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge

Stipulation & Status Report
No. 3:18-cv-01459 JSC