STEPHANIE M. HINDS (CABN 154284)
United States Attorney
MICHELLE LO (NYBN 4325163)
Chief, Civil Division
GIOCONDA R. MOLINARI (CABN 177726)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7220
    FAX: (415) 436-6748
    Gioconda.Molinari@usdoj.gov

Attorneys for the Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>    Defendant. | No. 3:18-cv-01459 JSC<br><br>**STIPULATION & JOINT STATUS REPORT;** ~~[PROPOSED]~~ **ORDER.** |

    Pursuant to Civil Local Rule and 7-12, and subject to this Court's approval, the parties to this action through their undersigned counsel stipulate and request to be permitted to file a further Joint Status Report on or before April 15, 2022, in order to appraise the court of the progress made in the case. As provided below, Plaintiff has narrowed its Freedom and Information Act request (Request) to one distinct category of records. The parties anticipate being able to appraise the court when the production will be finalized on or before April 15, 2022.

    1.    Plaintiff brought this FOIA action on March 6, 2018. (ECF 1.) Plaintiff's FOIA request (Request) seeks (1) records involving an FBI investigation of a June 2, 1965 shooting, from 1965 until the investigation was closed; and (2) unredacted documents previously released to the Louisiana State

Stipulation & Status Report
No. 3:18-cv-01459 JSC

1

University Manship School of Mass Communications, pursuant to a different FOIA request. Defendant has been processing 500 pages monthly and releasing all non-FOIA exempted material.

2.   As the parties have previously reported to the Court, the potentially responsive material is voluminous. To date, the government has released to plaintiff more than 19,000 pages of documents in addition to other material while more than 27,000 pages and documents remain to be processed.

3.   Through the meet and confer process the parties have streamlined the voluminous records in order to provide plaintiff only the material that it is interested in obtaining. Most recently, plaintiff narrowed its request to certain types of photographs. The government is evaluating how many photographs exist in the 27,000 pages of documents left to be processed. After the photos are identified, the government will need time to assess the length of time that it will take to process and release non-FOIA exempted photographs. The estimated time for completing this evaluation is March 15, 2022.

3.   After the release of non-FOIA exempted photographs has been completed, the parties anticipate engaging in negotiations regarding plaintiff's claim for attorney's fees and costs. For these reasons, the parties respectfully request that they be permitted to file a further joint status report on or before April 15, 2022, to apprise the Court on these issues at that time.

IT IS SO STIPULATED.

STEPHANIE M. HINDS
United States Attorney

Dated: February 7, 2022            By:           /s/
                                            GIOCONDA R. MOLINARI
                                            Assistant United States Attorney


D. VICTORIA BARANETSKY
The Center for Investigative Reporting

Dated: February 7, 2022            By:           /s/
                                            Attorney for Plaintiff

*In compliance with Civil Local Rule 5-1(i), the filer of this document attests that all signatories listed have concurred in the filing of this document.*
//

//

Stipulation & Status Report
No. 3:18-cv-01459 JSC

2

**[~~PROPOSED~~] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED THAT:

1. The parties shall file a Joint Status Report on or before April 15, 2022.

IT IS SO ORDERED.

DATED: February 7, 2022

*Jacqueline Scott Corley*
JACQUELINE SCOTT CORLEY
United States Magistrate Judge