STEPHANIE M. HINDS (CABN 154284)
United States Attorney
MICHELLE LO (NYBN 4325163)
Chief, Civil Division
GIOCONDA R. MOLINARI (CABN 177726)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7220
    FAX: (415) 436-6748
    Gioconda.Molinari@usdoj.gov

Attorneys for the Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF JUSTICE, <br><br> Defendant. | No. 3:18-cv-01459 JSC <br><br> **JOINT STATUS REPORT, AND STIPULATION AND DISMISSAL OF ALL FOIA CLAIMS WITH PREJUDICE WITH THE EXCEPTION OF ATTORNEY'S FEES; [PROPOSED] ORDER.** |

Pursuant to the Court's order (ECF No. 54), the parties file this Joint Status Report. As stated below, having resolved all the substantive FOIA issues, pursuant and Civil Local Rule and 7-12, and subject to this Court's approval, the parties through their undersigned counsel stipulate and request to be provided 60-days, until June 16, 2022, to negotiate the issue of plaintiff's claim for attorney's fees at which time the parties will either file a stipulation of settlement and dismissal as to attorney's fees, or propose a briefing schedule with respect to plaintiff's fee petition to the Court.

    1.    Plaintiff brought this FOIA action on March 6, 2018 (ECF 1) seeking material involving an FBI investigation of a June 2, 1965 shooting, and (2) unredacted documents previously released to the Louisiana State University Manship School of Mass Communications. As the parties previously reported to the Court, the potentially responsive material was voluminous.

2. Through the meet and confer process, the parties streamlined the production to just the material plaintiff was interested in obtaining. Defendant has now released to plaintiff all the non-exempt material, and no material remains to be produced. Therefore, the parties hereby stipulate to dismiss all FOIA claims, with the exception of the issue of attorney's fees.

3. Plaintiff will be providing defendant with time-keeping records to substantiate its claim for attorney's fees. The parties will endeavor to reach agreement on attorney's fees, and propose that they be provided 60 days, until June 16, 2022, to do so. At that time the parties will either file a stipulation of settlement and dismissal as to attorney's fees, or a proposed briefing schedule with respect to plaintiff's fee petition to the Court. Defendant expressly reserves all arguments it may have in response to any such fees petition.

4. Execution of this Stipulation shall constitute dismissal with prejudice of all the FOIA claims in this case, with the exception of plaintiff's claim for attorney's fees, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

IT IS SO STIPULATED.

STEPHANIE M. HINDS
United States Attorney

Dated: April 15, 2022     By:      /s/
                          GIOCONDA R. MOLINARI
                          Assistant United States Attorney


                          D. VICTORIA BARANETSKY
                          The Center for Investigative Reporting

Dated:  April 15, 2022    By:      /s/
                              Attorney for Plaintiff

*In compliance with Civil Local Rule 5-1(i), the filer of this document attests that all signatories listed have concurred in the filing of this document.*

//

//

//

//

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS ORDERED:

1. All FOIA claims in this case, with the exception of plaintiff's claim for attorney's fees, are dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii)
2. The parties shall have until June 16, 2022, to file a stipulation of settlement and dismissal regarding plaintiff's claim for attorney's fees, or a briefing schedule regarding plaintiff's fee petition to the Court.

DATED: April 19, 2022

*Jacqueline Scott Corley*
JACQUELINE SCOTT CORLEY
United States District Judge