STEPHANIE M. HINDS (CABN 154284)
United States Attorney
MICHELLE LO (NYBN 4325163)
Chief, Civil Division
GIOCONDA R. MOLINARI (CABN 177726)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7220
    FAX: (415) 436-6748
    Gioconda.Molinari@usdoj.gov

Attorneys for the Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>    Defendant. | No. 3:18-cv-01459 JSC<br><br>**STIPULATION FOR TIME TO NEGOTIATE ATTORNEY'S FEES AND COSTS; [PROPOSED] ORDER.** |

       Pursuant to Civil Local Rule 7-12, and subject to this Court's approval, the parties through their undersigned counsel stipulate and request to be provided an additional 60-days, until August 15, 2022, to negotiate the issue of plaintiff's claim for attorney's fees and costs. If negotiations are not concluded by that date, the parties respectfully request to be permitted to file a joint status report. The reasons for this request are as follows:

       1.      On April 15, 2022, the parties filed a stipulation to dismiss all the claims under the Freedom of Information Act (FOIA), with prejudice, with the exception of the issue of attorney's fees and costs (ECF No. 55), and to be provided until June 16, 2022, in which to reach a resolution on that issue. The Court dismissed the FOIA claims and granted the parties' request (ECF No. 56). Plaintiff

was unable to provide Defendant the time records needed to engage in negotiations prior to June 15, 2022, when they provided the records.

    2.    Therefore, the parties respectfully request to be provided an additional 60-days, until August 15, 2022, in which to reach a resolution on attorney's fees and costs.

    3.    If resolution has been reached by that date, the parties will file a stipulation of dismissal and settlement of Plaintiff's claim for attorney's fees and costs. If resolution has not been reached by that date, the parties will file a status report.

IT IS SO STIPULATED.

                            STEPHANIE M. HINDS
                            United States Attorney

Dated: June 15, 2022        By:       /s/
                            GIOCONDA R. MOLINARI
                            Assistant United States Attorney


                            D. VICTORIA BARANETSKY
                            The Center for Investigative Reporting

Dated: June 15, 2022        By:       /s/
                            Attorney for Plaintiff

*In compliance with Civil Local Rule 5-1(i), the filer of this document attests that all signatories listed have concurred in the filing of this document.*

//

//

//

//

//

//

//

//

# ~~[PROPOSED]~~ ORDER

PURSUANT TO STIPULATION, IT IS ORDERED THAT:

1. The parties shall have until August 15, 2022, reach a resolution regarding plaintiff's claim for attorney's fees and costs.

2. If a resolution is reached, the parties will file a stipulation of dismissal and settlement of plaintiff's claim for attorney's fees and costs. If a resolution is not reached, the parties will file a status report by August 15, 2022.

DATED: June 16, 2022

*Jacqueline Scott Corley*
JACQUELINE SCOTT CORLEY
United States District Judge